# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Thomas John Lentner                                    Case No: 17−50354 − RJK
Mary Kathryn Lentner

Debtor(s)                                              Chapter 13 Case

## ORDER AND NOTICE OF DISMISSAL

The chapter 13 trustee has requested that the court dismiss the case. After notice and hearing the court has determined that the case should be dismissed.

IT IS THEREFORE ORDERED:

The case is dismissed under 11 U.S.C. §§ 349 and 1307.

Dated: 1/22/18                                    Robert J Kressel
                                                  United States Bankruptcy Judge

| NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT |
|---|
| Filed and docket entry made on January 22, 2018 |
| Lori Vosejpka Clerk, United States Bankruptcy Court |
| By: sherri Deputy Clerk |

**odsm/mnbodsm.jsp 8/15**

United States Bankruptcy Court
District of Minnesota

In re:                                                          Case No. 17-50354-RJK
Thomas John Lentner                                             Chapter 13
Mary Kathryn Lentner
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0864-5        User: sherri        Page 1 of 2        Date Rcvd: Jan 22, 2018
                           Form ID: odsm        Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2018.
db/jdb      +Thomas John Lentner,   Mary Kathryn Lentner,   10289 75th Ave NE,   Foley, MN 56329-9549
smg         +United States Attorney,   600 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
cr          +CREDIT ACCEPTANCE CORP.,   Stewart Zlimen and Jungers,   2277 Highway 36 West,   Ste 100,
              Roseville, MN 55113-3896
61598062    +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
              Arlington, TX 76096-3853
61583292    +Credit Acceptance,   Po Box 513,   Southfield MI 48037-0513
61584944    +Credit Acceptance,   25505 W.12 Mile Rd.,   Suite 3000,   Southfield, MI 48034-8331
61583293    +D. Sherwood McKinnis,   McKinnis & Doom, P.A.,   200 3rd Ave NE, Suite 300,
              Cambridge MN 55008-1298
61808703     Directv, LLC,   by American InfoSource LP as agent,   PO Box 5008,
              Carol Stream, IL  60197-5008
61583295    +Frandsen Bank & Trust,   100 N Minnesota St,   New Ulm MN 56073-1749
61583297    +HealthSource of St Cloud,   1246 32nd Ave N,   Saint Cloud MN 56303-1649
61656318    +John M. Steiner,   12190 - 75th Avenue NE,   Foley, MN 56329-8412
61583301    +Langner Law Office, LLC,   606 25th Avenue South #211,   PO Box 7215,
              Saint Cloud MN 56302-7215
61583302    +Mid MN Mutual Insurance,   PO Box 428,   Sauk Rapids MN 56379-0428


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +EDI: MINNDEPREV.COM Jan 22 2018 22:18:00    Minnesota Department of Revenue,
              Bankruptcy Section,   PO Box 64447,   St Paul, MN 55164-0447
smg         +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Jan 22 2018 22:22:55    US Trustee,
              1015 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
61583291     E-mail/Text: bknotification@centracare.com Jan 22 2018 22:23:05    Centracare Health,
              1200 Sixth Avenue North,   Saint Cloud MN 56303-2736
61583294     EDI: DIRECTV.COM Jan 22 2018 22:18:00    DirecTV,   Bankruptcy Claims,   PO Box 6550,
              Englewood CO 80155
61583296    +EDI: PHINAMERI.COM Jan 22 2018 22:18:00    Gm Financial,   Po Box 181145,
              Arlington TX 76096-1145
61583298    +EDI: IRS.COM Jan 22 2018 22:18:00    Internal Revenue Service,   Centralized Insolvency,
              PO Box 7346,   Philadelphia PA 19101-7346
61583299     EDI: RMSC.COM Jan 22 2018 22:18:00    JC Penney,   PO Box 960001,   Orlando FL 32896-0001
61583300     EDI: CBSKOHLS.COM Jan 22 2018 22:18:00    Kohls,   PO Box 3084,   Milwaukee WI 53201-3084
61583303    +EDI: MINNDEPREV.COM Jan 22 2018 22:18:00    MN Dept of Revenue,   Attn Denise Jones,
              PO Box 64447,   Saint Paul MN 55164-0447
61676288    +EDI: MID8.COM Jan 22 2018 22:18:00    Midland Funding, LLC,   Midland Credit Management, Inc.,
              as agent for Midland Funding, LLC,   PO Box 2011,   Warren, MI 48090-2011
61645607     EDI: PRA.COM Jan 22 2018 22:18:00    Portfolio Recovery Associates, LLC,   c/o Jc Penney,
              POB 12914,   Norfolk VA 23541
61583304    +EDI: PRA.COM Jan 22 2018 22:18:00    Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,
              Norfolk VA 23502-4952
61583305    +EDI: RMSC.COM Jan 22 2018 22:18:00    Syncb/walmart,   Po Box 965024,   Orlando FL 32896-5024
61583306    +EDI: AFFILIATEDGRP.COM Jan 22 2018 22:18:00    The Affiliated Group I,   Po Box 7739,
              Rochester MN 55903-7739
                                                                                  TOTAL: 14


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp*       +John M. Steiner,   12190 - 75th Avenue NE,   Foley, MN 56329-8412
                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                          Signature:  /s/Joseph Speetjens

District/off: 0864-5          User: sherri              Page 2 of 2              Date Rcvd: Jan 22, 2018
                             Form ID: odsm              Total Noticed: 27

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2018 at the address(es) listed below:
       Bradley J. Halberstadt    on behalf of Creditor    CREDIT ACCEPTANCE CORP. bankruptcy@szjlaw.com
       Kyle  Carlson    info@carlsonch13mn.com,   barnesvillemn13@ecf.epiqsystems.com
       Roger C. Justin    on behalf of Interested Party John M. Steiner rjustin@rinkenoonan.com,
       dfinken@rinkenoonan.com
       US Trustee    ustpregion12.mn.ecf@usdoj.gov
       William P. Kain    on behalf of Debtor 2 Mary Kathryn Lentner sonjaq@kainscott.com
       William P. Kain    on behalf of Debtor 1 Thomas John Lentner sonjaq@kainscott.com
                                                TOTAL: 6